IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISMIE INDEMNITY COMPANY, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 24-3424 |
| HARRAS, BLOOM & ARCHER LLC et al., | : |
| *Defendants.* | : |

## ORDER

AND NOW, this **22nd** day of **September 2025**, for reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 15) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Court **DENIES** Defendants' Motion to Dismiss Count I ("Declaratory Judgment") concerning Plaintiff's duty to defend claims;

2. The Court **GRANTS** Defendants' Motion to Dismiss Count I ("Declaratory Judgment") concerning Plaintiff's duty to indemnify claims;

3. The Court **DENIES** Defendants' Motion to Dismiss Count II ("Rescission");

4. The Court **GRANTS** Defendants' Motion to Dismiss Count III ("Declaratory Judgment").

BY THE COURT:

_/s/ Kai N. Scott_
**HON. KAI N. SCOTT**
**United States District Court Judge**